UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEROME BARNETT,<br><br>       Plaintiff,<br><br>-against-<br><br>WESTCHESTER COUNTY/NORWOOD E. JACKSON CORRECTIONAL FACILITY; EMSA MEDICAL DEPARTMENT; DOCTOR HARVEY LOTHRINGER; LEGAL AID SOCIETY THERESA GUGLIOTTA; NURSE WINTERS; DOCTOR POTTER; WARDEN BURWELL, *et al.*,<br><br>       Defendants. | 19-CV-9976 (CM)<br><br>ORDER OF DISMISSAL |

COLLEEN McMAHON, Chief United States District Judge:

  By order dated November 8, 2019, the Court directed Plaintiff to submit an updated prisoner authorization or pay the $400.00 in fees required to file a civil action in this Court. That order specified that failure to comply within thirty days would result in dismissal of the complaint. Plaintiff has not filed an updated prisoner authorization or paid the fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

  The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: December 23, 2019
    New York, New York

                    /s/ Colleen McMahon
                    COLLEEN McMAHON
                   Chief United States District Judge