UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEROME BARNETT,

               Plaintiff,

-against-

WESTCHESTER COUNTY/NORWOOD E. JACKSON CORRECTIONAL FACILITY; EMSA MEDICAL DEPARTMENT; DOCTOR HARVEY LOTHRINGER; LEGAL AID SOCIETY THERESA GUGLIOTTA; NURSE WINTERS; DOCTOR POTTER; WARDEN BURWELL, *et al.*,

               Defendants.

19-CV-9976 (CM)

CIVIL JUDGMENT

Pursuant to the order issued December 23, 2019, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit an updated prisoner authorization or pay the $400.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   December 23, 2019
          New York, New York

                                               COLLEEN McMAHON
                                               Chief United States District Judge